**Electronically Filed
Supreme Court
SCWC-19-0000062
22-OCT-2024
02:46 PM
Dkt. 19 ODAC**

SCWC-19-0000062

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————————

CITIMORTGAGE, INC.,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

MICHAEL COSTA BRUM, SR., JULIE PIERRETTE BRUM,
ASSOCIATION OF APARTMENT OWNERS OF KALELE KAI,
Respondents/Defendants/Cross-Claim Defendants-Appellees,

and

DAVID V. BIRDSALL and CARLA J. BIRDSALL, as CO-TRUSTEES OF THE
BIRDSALL REVOCABLE LIVING TRUST DATED MARCH 17, 1999,
Petitioners/Defendants/Counterclaim Plaintiffs/
Cross-Claim Plaintiffs-Appellants.

———————————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000062; CASE NO. 1CC151000301)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners/Defendants/Counterclaim Plaintiffs/Cross-Claim

Plaintiffs-Appellants David V. Birdsall and Carla J. Birdsall,

as Co-Trustees of the Birdsall Revocable Living Trust Dated

March 17, 1999's application for writ of certiorari filed on August 27, 2024, is rejected.

DATED:  Honolulu, Hawaiʻi, October 22, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens